404 WILLCOX (Pros. Atty.) vs. CIRCUIT JUDGE (Wayne), 83 M., 1.

To compel respondent to certify to the statutory fee allowed by Act No. 137, Laws of 1887, for services in a divorce case.

Denied October 31, 1890.

The prosecuting attorney appeared and was present at the taking of testimony on the hearing. At the conclusion of the testimony he became satisfied that the interest of the child and the public good did not require that he should further contest the granting of a decree, and so stated to the court. He afterwards presented to the circuit judge for allowance a bill for the statutory fee.

Held, that it is for services in introducing evidence, appear-

ing at the hearing and opposing the granting of the decree of divorce that the statutory fee is allowed; that inasmuch as he did not introduce evidence or oppose the granting of the decree, he was not entitled to the statutory fee.